# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:20-cr-0016 |
| ) | |
| **SHELDON STUART ISLES,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

**BEFORE THE COURT** is the Report and Recommendation of the magistrate judge recommending that the Court accept Sheldon Stuart Isles' ("Isles") plea of guilty to Count Two of the Indictment, charging a violation of 21 U.S.C. § 841(a)(1). (ECF No. 44.) After conducting a *de novo* review of the record and pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the Court finds that Defendant Isles entered his guilty plea knowingly and voluntarily, and that there was a factual basis for the plea. The Court, therefore, will adopt the Report and Recommendation and find Isles guilty as to Count Two of the Indictment. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation (ECF No. 44) is **ADOPTED;** it is further

**ORDERED** that Defendant Isles' plea of guilty as to Count Two of the Indictment is **ACCEPTED,** and that Defendant Isles is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than March 3, 2021; it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than March 18, 2021; it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than April 1, 2021; it is further

**ORDERED** that the parties shall file their sentencing memoranda no later than April 15, 2021; it is further

**ORDERED** that a sentencing hearing shall be held on Thursday, April 22, 2021, at 10:00 a.m. in St. Thomas Courtroom No. 1.


**Date:** December 18, 2020               /s/ *Robert A. Molloy*
                                          **ROBERT A. MOLLOY**
                                          **District Judge**